STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Richard E Smith
Attorney at Law
600 Jefferson, Ste 404
Lafayette LA 70501

REHEARING ACTION: March 20, 2013

Docket Number: 12   00652-WCA

**PATRICK GLEASON**
**VERSUS**
**LAFAYETTE GENERAL MEDICAL CENTER**

**Appealed from Office of Workers' Compensation - # 4 Case No. 10-06134**

BEFORE JUDGES:

> Hon. Sylvia R. Cooks
> Hon. James T. Genovese
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty
> Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patrick Gleason** has this day been

> GRANTED.  The case is set for oral argument on April 24, 2013 at 10:30 a.m.
> No additional briefs.
>
> Genovese, J., would deny rehearing.
> Gremillion, J., would deny rehearing.

cc: Graham Newton Smith, Counsel for the Appellant